No. 82–6457.  SMITH v. TEXAS.  Ct. App. Tex., 14th Sup. Jud. Dist.  Certiorari denied.

No. 82–6458.  WILLIAMS v. DALLAS COUNTY SHERIFF. C. A. 5th Cir.  Certiorari denied.

No. 82–6460.  ALSTON v. TARD ET AL.  C. A. 3d Cir. Certiorari denied.

No. 82–6461.  LAWRENCE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 82–6462.  JACKSON v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 82–6468.  LEVENTHAL v. UNITED STATES DEPARTMENT OF LABOR ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 82–6469.  RODZIEWICZ v. NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 82–6473.  HENDERSON v. DUCKWORTH, WARDEN. C. A. 7th Cir.  Certiorari denied.

No. 82–6476.  PLYLER v. LEEKE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 82–6477.  SAULSBURY v. GREER, WARDEN, MENARD CORRECTIONAL CENTER, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 82–6478.  FOSTER v. BLACK, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL.  Sup. Ct. Mo.  Certiorari denied.

No. 82–6503.  CASTANEDA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.